John R. Brydon (Bar No. 83365)
Eric Brenneman (Bar No. 287711)
Sue H. Kim (Bar No. 310334
**DEMLER, ARMSTRONG & ROWLAND, LLP**
8950 Cal Center Drive, Suite 250
Sacramento, CA 95826
Telephone:  (916) 365-4000
Facsimile:  (415) 354-8380
Email:  bre@darlaw.com
        shk@darlaw.com

Attorneys for Defendant United Financial Casualty Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MANINDER CHAHAL, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, and DOES 1-50,<br><br>Defendants. | Case No.:<br><br>[Sacramento County Superior Court, Case No. 24CV023589]<br><br>**DEFENDANT UNITED FINANCIAL CASUALTY COMPANY'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441(b) DIVERSITY JURISDICTION**<br><br><u>**JURY TRIAL DEMANDED**</u><br><br>Date Filed: November 19, 2024<br>Removal Date:  January 3, 2025 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant UNITED FINANCIAL CASUALTY COMPANY hereby removes to the United States District Court the state court action.

///

---

1

DEFENDANT UNITED FINANCIAL CASUALTY COMPANY'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER U.S.C. SECTION 1441(b) DIVERSITY JURISDICTION

## I. STATEMENT OF JURISDICTION AND DIVISIONAL ASSIGNMENT

1. This civil action involves parties who are citizens of different states and the amount in controversy exceeds $75,000.  As such, this Court has original jurisdiction under 28 U.S.C. § 1332, and Defendant may remove this matter to this Court pursuant to 28 U.S.C. § 1441(b).

2. The Sacramento Division of the United States District Court for the Eastern District of California is the proper division for removal of this action because this division embraces the county where the state court action is pending.

3. Here, diversity jurisdiction exists because Plaintiff MANINDER CHAHAL ("Plaintiff") is, based on information and belief, a citizen of the State of California and Defendant UNITED FINANCIAL CASUALTY COMPANY is an Ohio state limited liability company organized under Ohio state law, with its principal place of business in the state of Ohio.  Further, all members are, based on information and belief, citizens of the state of Ohio. (See *Carolina Cas. Ins. Co. v. Team Equip, Inc.* (9th Cir. 2014) 741 F.3d 1082, 1088 - pleading diversity on information and belief permitted at early stages in the proceedings).

4. Plaintiff has sued "Doe" defendants in this matter.  Pursuant to 28 U.S.C. § 1441(a), the citizenship of these "Doe" defendants shall be disregarded for purposes of removal.

5. This removal is timely because the first date upon which Defendant received a copy of the summons on the initial pleading, Plaintiff's state law complaint, was December 4, 2024, within 30 days preceding the filing and service of this notice of removal.

///

///

///

## II. STATUS OF PLEADINGS IN STATE COURT ACTION

6. On November 19, 2024, Plaintiff filed a complaint in the Superior Court of the State of California, County of Sacramento ("Superior Court"), titled *Chahal v. United Financial Casualty Company*, Case no. 24CV023589. The complaint is arises out of an insurance coverage dispute whereby Plaintiff alleges breach of contract, breach of the implied covenant of good faith and fair dealing, violation of the California Insurance Code, negligent infliction of emotional distress, and seeks monetary damages that exceed $75,000, described in more detail below. A copy of the pleadings served upon Defendant, including the summons and complaint, are attached collectively as **Exhibit "A."**

7. The first date upon which Defendant received a copy of the complaint was December 4, 2024, when Defendant's agent for service of process was served with a copy of the summons and complaint. A copy of the proof of service is attached as **Exhibit "B."**

8. Defendant filed notice of removal in the state court action on January 3, 2025. A copy of the notice of removal is attached as **Exhibit "C."**

9. No discovery has been propounded in the state court action.

10. There is a case management hearing set for December 12, 2025.

11. There is no trial currently set in the court action.

## III. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

12. Based on the allegations in the plaintiff's complaint and the evidence available to the Defendant's counsel from pre-suit information provided by counsel for Plaintiff, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff seeks recovery for damages resulting from the alleged bad faith conduct of Defendant, including but not limited to general and special damages, costs of suit, punitive damages, and attorney's fees. Plaintiff claims she is entitled to these damages because payment of the policy limits of $500,000 in the underlying bodily injury claim was unreasonably

3

DEFENDANT UNITED FINANCIAL CASUALTY COMPANY'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER U.S.C. SECTION 1441(b) DIVERSITY JURISDICTION

delayed. As a result, the claims for pain and suffering, punitive damages, attorney's fees, and other damages further substantiate that the total amount in controversy surpasses the jurisdictional threshold. Therefore, this Court has original jurisdiction under 28 U.S.C. § 1332(a).

**WHEREFORE,** Defendant prays that the above-entitled action, currently pending in the Sacramento Superior Court, be removed therefrom to the United States District Court for the Eastern District of California (Sacramento Division), and that this action proceeds in this Court as an action properly removed thereto.

Dated: January 3, 2025            DEMLER, ARMSTRONG & ROWLAND, LLP

_____
Eric Brenneman
Sue H. Kim
Attorneys for Defendant
United Financial Casualty Company

4

DEFENDANT UNITED FINANCIAL CASUALTY COMPANY'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER U.S.C. SECTION 1441(b) DIVERSITY JURISDICTION